# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

# CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI): Anduze-Montaño, Harry

USDC-PR Bar Number: 114910

Email Address: handuze@microjuris.com

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff: Union de Empleados de Muelles de Puerto Rico PRSSA Welfare Plan, et al.

    Defendant: UBS Financial Services Incorporated of Puerto Rico

2. Indicate the category to which this case belongs:

    [X] Ordinary Civil Case
    [ ] Social Security
    [ ] Banking
    [ ] Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    [ ] Yes
    [X] No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    [ ] Yes
    [X] No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    [ ] Yes
    [X] No

Date Submitted: 2/19/10

rev. Dec. 2009

[Print Form]  [Reset Form]