# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNION DE EMPLEADOS DE MUELLES DE PUERTO RICO PRSSA WELFARE PLAN, et al.,

Plaintiff(s)

vs.

UBS FINANCIAL SERVICES, INC. OF PUERTO RICO, et al.,

Defendants(s)

CV. 10-1141 (ADC)

**JUDGMENT**

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Opinion and Order on March 31, 2011.

Therefore, Judgment is hereby entered accordingly.

The complaint is **HEREBY DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 11th day of April, 2011.

FRANCES RIOS DE MORAN
Clerk of the Court

By: s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk