# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNION DE EMPLEADOS DE MUELLES DE PUERTO RICO PRSSA WELFARE PLAN, et al.**<br>   **Plaintiffs,**<br><br>   v.<br><br>**UBS FINANCIAL SERVICES INC. OF PUERTO RICO, et al.,**<br>**Defendants.** | **Civil No. 10-1141 (ADC)** |

## ORDER

Pursuant to the First Circuit Court of Appeals' Opinion (**ECF No. 69**), Judgment (**ECF No. 71**) and Mandate (**ECF No. 72**), the Court's previous Opinion and Order dismissing plaintiffs' Complaint (**ECF No. 57**) and Judgment (**ECF No. 58**) were vacated for further proceedings. Accordingly, this case is re-opened. Parties are instructed to meet and confer regarding a new, expedited proposed case management order, including deadlines for filing of an Amended Complaint and dispositive motions, if necessary.

**The parties are granted until February 15, 2013 to comply.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 30th day of January, 2013.

> S/**AIDA M. DELGADO-COLON**
> **Chief United States District Judge**