**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNION DE EMPLEADOS DE MUELLES DE PUERTO RICO PRSSA WELFARE PLAN, et al.,**<br>**Plaintiffs**<br><br>**v.**<br><br>**UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO, et al.,**<br>**Defendants**<br><br>**v.**<br><br>**PUERTO RICO FIXED INCOME FUND II INC, et al.,**<br>Nominal Defendants | **Civil No. 10-1141 (ADC)** |

**JUDGMENT**

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Opinion and Order on July 9, 2013.

Therefore, pursuant to the Court's Opinion and Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, on this 11th day of July , 2013.

FRANCES RIOS DE MORAN
Clerk of the Court

By: s/Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk